IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONNA E. JOHNSON,

      Appellant,

v.

FAIRFIELD PAWN & TAX
SERVICES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2465

Opinion filed July 12, 2016.

An appeal from an order of the Circuit Court for Escambia County.
John L. Miller, Judge.

Donna E. Johnson, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.